UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on February 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bonnie L Stauffer and Michael S Stauffer

Case Number:    19-11977

Hearing Date:

Judge:    Michael B. Kaplan

Chapter:    13

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to _____3/4/2019_____.

☐ Denied.

*Rev. 7/1/04; jml*