**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on February 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bonnie L Stauffer and Michael S Stauffer

Case Number: _____19-11977_____

Hearing Date: _____

Judge: _____Michael B. Kaplan_____

Chapter: _____13_____

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 22, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted. The deadline to file schedules is extended to _____3/4/2019_____.

☐ Denied.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Bonnie L Stauffer  
Michael S Stauffer  
    Debtors

Case No. 19-11977-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 22, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.  
db/jdb     +Bonnie L Stauffer,   Michael S Stauffer,   444 E. Pennington Drive,    Westhampton, NJ 08060-2340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:  
       Albert   Russo    docs@russotrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency    kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                       TOTAL: 3